Dismissed and Opinion filed September 12, 2002









Dismissed and Opinion filed September 12, 2002.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00725-CR

____________

 

JAMES CLYDE CANNON, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 230th District Court

Harris
County, Texas

Trial
Court Cause No. 898,942

 



 

M E M O R A N D U M   O
P I N I O N

A written request to withdraw the notice of appeal,[1]
personally signed by appellant, has been filed with this Court.  See Tex.
R. App. P. 42.2.  Because this
Court has not delivered an opinion, we grant appellant=s request.








Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

 

PER CURIAM

Judgment rendered
and Opinion filed September 12, 2002.

Panel consists of
Justices Edelman, Seymore, and Guzman.

Do not publish ‑
Tex. R. App. P. 47.3(b).











[1]  The motion was
actually styled, AWithdrawal of Motion for New Trial.@  In the motion,
appellant states he Adesires to withdraw his motion for new trial and any
appeal that may follow.  Defendant James
Clyde Cannon desires no appeal of his sentence in the above captioned matter.@  We have been
advised by the District Clerk that no motion for new trial was filed.  Accordingly, we construe this motion as a
motion to withdraw appellant=s notice of appeal.